MIDWOOD TRUST COMPANY, Respondent, v. HARRY KOEPPEL CORPORATION,

a Bankrupt, and Others, Defendants; WALTER F. KENNEY, as Trustee of HARRY KOEPPEL CORPORATION, a Bankrupt, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.